IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STEVEN HAMPTON,<br><br>　　　　Defendant. | Case №: 2:21-cr-00104-TLN<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

　　　The court relieved Mr. Favero on April 28, 2022. CJA Panel attorney Kelly Babineau is hereby appointed effective May 6, 2022, the date the Office of the Federal Defender contacted her.

　　　**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED:  5/6/2022

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　United States District Judge