IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )          Case №: 2:21-cr-00104-TLN
                                   )
            Plaintiff,             )
                                   )          **O R D E R**
      vs.                          )          **APPOINTING COUNSEL**
                                   )
STEVEN HAMPTON,                    )
                                   )
            Defendant.             )
_____)

The court relieved Ms. Babineau on September 1, 2022. CJA Panel attorney Olaf Hedberg is hereby appointed effective September 7, 2022, the date the Office of the Federal Defender contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: September 7, 2022

Troy L. Nunley
United States District Judge