The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,

                Plaintiff,

V.

STEVEN HAMPTON,

                Defendant.

Case Number:  2:21-cr-104 TLN

**STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE**

**DATE: 9/15/22**
**TIME: 9:30 AM**
**DEPT: TLN**

Defendant Steven Hampton by his attorney Olaf Hedberg and the United States by AUSA Cameron Desmond hereby stipulate as follows:

1. Attorney Olaf Hedberg was appointed on 9/8/2022;

2. Attorney Olaf Hedberg has not yet received any discovery in this matter;

3. Attorney Hedberg is informed and believes that the discovery in this matter is in excess of 4,000 pages more than eight hours of video footage and wiretaps from two telephone lines

with more than forty eight hours of audio recordings. Further this matter has been designated complex pursuant to Local Code T2 (See, Stipulation filed by Attorney John Manning on 8/16/22, PACER 261);

4. In order to provide effective representation Attorney Hedberg needs time to obtain and review the discovery and conduct any investigation necessary;

5. All other Defendants are currently set for Status Conference on **November 17, 2022, at 9:30 am.**

6. For the purpose of commuting time under the Speedy Trial Act, 18 United States Code Section 3161 (h) (7) (A) within which trial must commence, the time period of September 15, 2022, to November 17, 2022, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161 (h) (7) (A) and (B) (ii) and (iv), corresponding to Local Codes T-2 and T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.


IT IS SO STIPULATED


Dated: <u>September 12, 2022</u>

Respectfully submitted

<u>/s/ Olaf W. Hedberg</u>                                        <u>/s/Cameron Desmond</u>
Olaf W. Hedberg                                                Cameron Desmond
Attorney for Steven Hampton                      Assistant United States Attorney

## FINDINGS AND ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

Dated: September 12, 2022

_____
Troy L. Nunley
United States District Judge